# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WINTERSPRING DIGITAL LLC, § | Case No. 2:22-cv-0013 |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| v. § | |
| FORTINET INC., § | |
| Defendant. § | |

## JOINT MOTION TO VACATE SCHEDULING CONFERENCE AND TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Winterspring Digital LLC ("Winterspring") and Defendant Fortinet Inc. ("Fortinet") file this Joint Motion to Vacate Scheduling Conference and to Stay All Deadlines and Notice of Settlement, and state: The Court has set a Scheduling Conference for March 16, 2022 at 2:00 PM (Dkt. 13). The Parties respectfully notify the Court that all matters in controversy between Winterspring and Fortinet in this case have been settled in principle. The Parties are in the process of formalizing the settlement agreement. The Parties expect to file dismissal papers within fourteen (14) days. In light of this settlement and impending dismissal, Winterspring and Fortinet respectfully request that the Court vacate the Scheduling Conference set for March 16, 2022 and stay all deadlines for fourteen (14) days..

Dated:  March 16, 2022

Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com

Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF
WINTERSPRING DIGITAL LLC**


 /s/ *Melissa R. Smith (with permission)*
 Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com


**ATTORNEY FOR DEFENDANT FORTINET
INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 16, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the Parties have met and conferred regarding the foregoing Motion, pursuant to Local Rule CV-7(h). The Parties are in agreement to the relief sought in the Motion.

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III